**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

ROBERT WEST, JEREMIAH WEST,
CHARLISHA WEST-LOY,

                Plaintiffs,

v.

KELRAN PARTNERS, LLC, KELLI
WILLIAMS, RANDY WILLIAMS and
DARRELL GOFF, LLC, d/b/a JERRY
BOSCHERT HEATING AND COOLING,

                Defendants.

Case No. : __4:23-cv-359__

State Court No: 2211-CC00931

**JURY TRIAL DEMANDED**

## NOTICE OF REMOVAL

Please take notice that Defendants Kelli Williams and Randy Williams, by jointly filing this Notice of Removal and related papers, hereby jointly remove this action from the Circuit Court of St. Charles County, Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division. The grounds for this removal are as follows:

1.      Plaintiffs Robert West, Jeremiah West and Charlisha West-Loy filed a three-count petition against Kelli Williams, Randy Williams, and Kelran Partners, LLC on October 11, 2022. Plaintiffs allege that their mother, Charlene West, died due to exposure to carbon monoxide, which circulated into the living quarters of the home she rented after she left the car running in the garage with the door closed. Plaintiffs seek damages for wrongful death pursuant to R.S.Mo. § 537.080 *et seq*. (*See* Exhibit A attached hereto, State Court File, Initial Petition, pp. 4-8.)

2.      Defendant Kelran Partners, LLC was served with a summons and the initial petition on October 31, 2022. Defendant Randy Williams was never served with the initial petition. Defendant Kelli Williams was not served with the initial petition until after it was abandoned and superseded by a first amended petition. (*See infra*.)

1

3.      Plaintiffs filed a first amended petition with the consent of Kelran Partners, LLC on January 18, 2023. The first amended petition repeats the allegations of the initial petition, and adds Count IV against a new defendant, "Darrell Goff, LLC d/b/a Jerry Boschert Heating and Cooling," which installed an air handler at the West residence. (*See* Exhibit A, State Court File, First Amended Petition, pp. 43-48.)

4.      Undersigned counsel entered their appearance as attorneys for Defendants Kelli Williams and Randy Williams on March 8, 2023. (*See* Exhibit A, State Court File, Entry of Appearance, p. 63.)

5.      To date, Defendant Darrell Goff, LLC d/b/a Jerry Boschert Heating and Cooling has never been served with process in this case.

6.      Plaintiffs attempted to serve Defendant Kelli Williams on February 7, 2023. However, Plaintiffs' attempted service is invalid because Kelli Williams was served with the abandoned and superseded initial petition, and not the operative first amended petition previously filed on January 18, 2023. (*See* Exhibit B attached hereto, Papers Served February 7, 2023.)

7.      On February 21, 2023, Defendant Randy Williams was served in his driveway with an alias summons for Kelli Williams and the first amended petition. This attempted service is invalid service on Randy Williams because he was not served with a summons naming him. This attempted service is also invalid service on Kelli Williams because the alias summons (#23-SMOS-7) was dated January 20, 2023 and its return date passed prior to February 21, 2023 pursuant to Missouri Rule of Civil Procedure 54.21. *State ex rel. Ballew v. Hawkins*, 361 S.W.2d 852, 857 (Mo. App. 1962); *see* Exhibit C attached hereto, Papers Served February 21, 2023.

8.      Defendant Randy Williams was eventually served with an alias summons naming him and the first amended petition on March 14, 2023, after undersigned counsel had already

2

entered and answered for Randy Williams and Kelli Williams on March 8, 2023. (*See* Exhibit D attached hereto, Papers Served March 14, 2023.)

9.　This Court has original subject matter jurisdiction over this case under 28 U.S.C. § 1332, in that:

(a)　Plaintiff Charlisha West-Loy is a citizen and domiciliary of the State of Nevada.

(b)　Plaintiff Jeremiah West is a citizen and domiciliary of the State of California.

(c)　Plaintiff Robert West is a citizen and domiciliary of the State of California. Robert West resides in California, is registered to vote in California, and is permanently employed by a California company.

(d)　Defendant Kelli Williams is a citizen and domiciliary of the State of Arizona.

(e)　Defendant Randy Williams is a citizen and domiciliary of the State of Arizona.

(f)　Defendant Kelran Partners, LLC is a limited liability company. Its members are Kelli Williams and Randy Williams, who are citizens and domiciliaries of the State of Arizona. Therefore, Defendant Kelran Partners, LLC is a citizen and domiciliary of the State of Arizona.

(g)　Defendant Darrell Goff, LLC d/b/a Jerry Boschert Heating and Cooling is a limited liability company. No member or sub-member of Defendant Darrell Goff, LLC d/b/a Jerry Boschert Heating and Cooling is a citizen and domiciliary of the States of Nevada or California.

(h)　Therefore, complete diversity exists among the parties to this case.

(i)　The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, in that:

3

i.      Plaintiffs served interrogatory answers on February 28, 2023 in which they state that they seek "$9 million in total damages."

ii.    Plaintiffs seek wrongful death damages in excess of $25,000 for "loss of companionship, service, guidance, and support" as well as loss of income and funeral expenses due to the alleged wrongful death of their mother as a result of carbon monoxide poisoning. *See* First Amended Petition attached hereto.

10.     Removal is proper pursuant to 28 U.S.C. § 1441 in that:

(a)     The Eastern District of Missouri, Eastern Division, embraces the Circuit Court St. Charles County, Missouri.

(b)     No party in interest properly joined and served as a defendant is a citizen of the State of Missouri.

11.     Removal is proper pursuant to 28 U.S.C. § 1446 in that:

(a)     Defendants Kelli Williams and Randy Williams have filed this Notice of Removal together with a copy of all process, pleadings, and orders served upon them (Exhibits B, C, and D) or otherwise filed in state court (Exhibit A).

(b)     This Notice of Removal is filed within thirty (30) days of Undersigned counsel's entry of appearance as attorneys for Defendants Kelli Williams and Randy Williams on March 8, 2023, which operates as a waiver of the requirement of service of process upon them.

(c)     Alternatively, should the Court determine that the attempted service of Kelli Williams on February 7, 2023 is somehow valid service, this Notice of Removal is still timely because it is filed by Randy Williams within thirty (30) days of service

4

of Randy Williams or of Undersigned counsel's entry of appearance as attorneys for Randy Williams.

(d)     Alternatively, should the Court determine that the attempted service on February 21, 2023 is somehow valid service, this Notice of Removal would still be timely because it is filed within thirty (30) days of February 21, 2023.

(e)     Additionally, to the extent that the case was not previously removable, Plaintiffs served interrogatory answers on February 28, 2023 stating that they seek "$9 million in total damages" in this case, and this Notice of Removal is filed within thirty (30) days of February 28, 2023.[1]

(f)     Defendant Kelran Partners, LLC, which is also represented by undersigned counsel, hereby consents to the removal of this action. Therefore, all defendants who have been properly joined and served have joined in or consented to the removal of this action. Alternatively, should the consent of Defendant Darrell Goff, LLC d/b/a Jerry Boschert Heating and Cooling be deemed to be required, it has expressly consented to the removal of this action.

(g)     This Notice of Removal has been filed within one year after the commencement of the action.

(h)     Defendants Kelli Williams and Randy Williams have filed a copy of the Notice with the Clerk of the State Court and given notice thereof to all adverse parties.

12.     Defendants Kelli Williams and Randy Williams hereby demand a trial by jury.

---

[1] In the same set of responses, Plaintiffs object to providing their current addresses, how long they have lived there, and any prior addresses for the last five years. According to Plaintiffs, this information is "[o]verbroad, irrelevant to the subject matter involved in this case, not proportional to the needs thereof, and not calculated to lead to the discovery of admissible evidence." (*See* Interrogatory No. 1.)

WHEREFORE, Defendants Kelli Williams and Randy Williams hereby notify the Court, the parties, and the Circuit Court of the St. Charles, Missouri that the above-captioned matter has been removed to this Court; demand a trial by jury; and pray that this Court take jurisdiction herein and make such further orders as may be appropriate under the circumstances.

Respectfully Submitted,

**EVANS & DIXON, L.L.C.**

By: /s/ Brian R. Shank
Brian R. Shank (#59955MO)
211 North Broadway, Suite 2500
St. Louis, MO  63102
Phone: (314) 621-7755
Fax:    (314) 621-3136
bshank@evans-dixon.com
Attorneys for Defendants
Kelli Williams and Randy Williams

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, and emailed to Joshua M. Schindler (josh@schindlerlawfirm.com) and Brian P. Doty (brian@schindlerlawfirm.com), attorneys for Plaintiffs.

/s/ Brian R. Shank

5725196

6